

DENIED

Judge Edward J. Davila

8/18/2011

1  **Thomas P. Riley, SBN 194706**
   **LAW OFFICES OF THOMAS P. RILEY, P.C.**
2  **First Library Square**
   **1114 Fremont Avenue**
3  **South Pasadena, CA 91030**

4  **Tel:  626-799-9797**
   **Fax: 626-799-9795**
5  **TPRLAW@att.net**

6  **Attorneys for Plaintiffs**
   **G & G Closed Circuit Events, LLC**
7

8                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
9                         **SAN JOSE DIVISION**

10

**G & G CLOSED CIRCUIT EVENTS, LLC,**          **CASE NO. 5:10-cv-05723-EJD**
11

12          **Plaintiff,**

13             **vs.**                           **PLAINTIFF'S *EX PARTE***
                                                 **APPLICATION FOR AN ORDER**
14                                               **VACATING THE CASE**
     **UYEN DANG, et al.**                       **MANAGEMENT CONFERENCE; AND**
15                                               **ORDER (Proposed)**

            **Defendant.**
16

17

18      **TO THE HONORABLE EDWARD J. DAVILA, THE DEFENDANT, AND THEIR**

    **ATTORNEYS OF RECORD:**
19

20      Plaintiff G & G Closed Circuit Events, LLC hereby applies *ex parte* for an order vacating the

21  Case Management Conference in this action, presently set for Friday, August 26, 2011 at 1:30 P.M.

22  This request will be, and is, necessitated by the fact that Defendant Uyen Dang, individually and d/b/a

    Chot Nho Café is in default[1] and Plaintiff's Application for Default Judgment is presently set to be
23

24  heard before the Honorable Edward J. Davila on December 16, 2011 at 9:00 A.M.

25

26

27

---

28  [1] As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendant.
    As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or
    any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING**
**THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**
**CASE NO. 5:10-cv-05723-EJD**
**PAGE 1**

1    **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court vacate the Case

2  Management Conference presently scheduled for Friday, August 26, 2011 at 1:30 P.M. or conduct the

3  conference on the same date the hearing on Plaintiff's Application for Default Judgment in order that

4  Plaintiff and its counsel may avoid unnecessary fees and costs in this matter.

5

6

7                                                    Respectfully submitted,

8

9

10

    Dated: August 16, 2011                          /s/ Thomas P. Riley
11                                                   **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                                     By: Thomas P. Riley
12                                                   Attorneys for Plaintiff
13                                                   G & G Closed Circuit Events, LLC

14

15  IT IS SO ORDERED.

16     The request to continue the conference is DENIED.  The Court ordered at the June 8, 2011

17  Case Management Conference that Mr. Riley personally appear at the August 26, 2011 Case
    Management Conference.
18

19  Dated:  August 18, 2011

20                                                   Edward J. Davila
                                                     United States District Judge
21

22

23  ///

24  ///

25  ///

26  ///

27  ///

28

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING
THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)
CASE NO. 5:10-cv-05723-EJD
PAGE 2**